1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11  KENNETH MILLS,                )  Case No. CV 15-09460-CBM (DTB)
                                  )
12              Plaintiff,        )
                                  )  ORDER ACCEPTING FINDINGS,
13       vs.                      )  CONCLUSIONS AND
                                  )  RECOMMENDATIONS OF UNITED
14  ROBERT W. FOX, Warden,        )  STATES MAGISTRATE JUDGE
                                  )
15              Defendant.        )
                                  )
16  ─────────────────────────────

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the

18  records and files herein, and the Report and Recommendation of the United States

19  Magistrate Judge.  Objections to the Report and Recommendation have been filed

20  herein.  Having made a de novo determination of those portions of the Report and

21  Recommendation to which objections have been made, the Court concurs with and

22  accepts the findings, conclusions and recommendations of the Magistrate Judge.

23       IT THEREFORE IS ORDERED that defendant's Motion to Dismiss is granted

24  and that Judgment be entered dismissing this action without prejudice.

25  DATED:  DECEMBER 8, 2016

26

27                                        ─────────────────────────────
                                          CONSUELO B. MARSHALL
28                                        UNITED STATES DISTRICT JUDGE

1