# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT W. FOX, Warden,<br><br>　　　　Defendant. | Case No. CV 15-09460-CBM (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: DECEMBER 8, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE